# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-14672-AMC

ROY DOUGLAS SMITH

65 E. CLAPIER STREET

PHILADELPHIA, PA 19144-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ROY DOUGLAS SMITH

65 E. CLAPIER STREET

PHILADELPHIA, PA 19144-

Counsel for debtor(s), by electronic notice only.

    PRO-SE
*
*
*, * *
   ,

                                                   /S/ William C. Miller

Date: 8/1/2016                      _____

                                                 William C. Miller, Esquire
                                                 Chapter 13 Standing Trustee