Roy D Smith                                                          Chapter 13

                                                                     NO16-14672 AMC

Motion to not dismiss my chapter 13 case. I filed on July 29,2016 pro-se ,Since then I had a death in my family and a loss of income.I take care of two elderly women that have also been very sick. I am currently looking for a bankruptcy lawyer to correct the mistakes in my case.

SEP 21 2016

Roy d Smith